ABRAM MEDDAUGH, as Administrator of SETH G. MEDDAUGH, Deceased, Respondent, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

*Meddaugh* v. *N. Y., O. & W. R. Co.*, 86 Hun, 620, affirmed.
(Argued May 5, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered May 29, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*T. F. Bush* for respondent.

Judgment affirmed, with costs; no opinion.

All concur.

---

CATHERINE GUNNING et al., as Administrators of MARTIN GUNNING, Deceased, Appellants, *v.* DENIS QUINN, Respondent.

*Gunning* v. *Quinn*, 81 Hun, 522, affirmed.
(Argued May 5, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 26, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*William L. Stone, Jr.*, for appellants.

*J. Woolsey Shepard* for respondent.

Judgment affirmed on opinion below, with costs.

All concur.